IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PNC BANK, National Association,<br><br>    Plaintiff,<br><br>vs.<br><br>PIRATE FOODS, LLC; MYRON S. STRICKLAND; and JURGEN STANLEY,<br><br>    Defendants. | Case No. 5:14-cv-161-F |

## ORDER

THIS MATTER is before the Court on PNC Bank, National Association's Motion to Seal CM/ECF Document Number 29 pursuant to Rule 5.2 of the Federal Rules of Civil Procedure.

IT APPEARING to the Court that the exhibits attached to and filed with PNC's First Supplement to Rule 26(a)(1) Disclosures filed on November 11, 2014 as CM/ECF Document Number 29 contain certain information that should have been redacted pursuant to Rule 5.2(a)(1) and (2).

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED, that, pursuant to Rule 5.2 of the Federal Rules of Civil Procedure, the First Supplement to Rule 26(a)(1) Disclosures filed on November 11, 2014 as CM/ECF Document Number 29 shall be kept under seal. Plaintiff shall file a redacted version for the public record within seven (7) days.

This the 21 day of November, 2014.

                                                                                                                                         _____
                                                                                                                                        The Honorable James C. Fox
                                                                                                                                        Senior United States District Judge